IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHNNIE GLADNEY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>SECURITAS SECURITY SERVICES, )<br>USA, INC., )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 1:22-cv-1468 (RDA/JFA) |

## ORDER

This matter comes before the Court on the Plaintiff's Notice of Voluntary Dismissal. Dkt. 10. Plaintiff seeks to dismiss his claim pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B). Defendant has not served an Answer or Motion for Summary Judgment, and so dismissal is proper. Accordingly, all claims against Defendant are hereby DISMISSED without prejudice.

The Clerk is directed to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
March 13, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge